FORM B5.
(6/90)

## FORM 5. INVOLUNTARY PETITION

| United States Bankruptcy Court | INVOLUNTARY PETITION |
|---|---|
| Northern District of Illinois | |

| IN RE (Name of Debtor - If Individual: Last, First, Middle)<br>Erehwon Mountain Outfitter, Inc. | ALL OTHER NAMES used by debtor in the last 6 years<br>(Include married, maiden, and trade names.) |
|---|---|
| Last four digits of Soc. Sec. No./Complete Tax I.D. No.<br>36-3196076 | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br>c/o Rudolf Mayer, Reg. Agent<br>65 E. Palatine Rd Suite 311<br>Prospect Heights, IL<br>60070<br>COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>Cook | MAILING ADDRESS OF DEBTOR (If different from street address) |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

[X] Chapter 7    [ ] Chapter 11

### INFORMATION REGARDING DEBTOR (Check applicable boxes)

Petitioners believe:
[X] Debts are primarily consumer debts
[ ] Debts are primarily business debts (complete sections A and B)

TYPE OF DEBTOR
[ ] Individual    [ ] Corporation Publicly Held
[ ] Partnership   [X] Corporation Not Publicly Held
[ ] Other: _____

A. TYPE OF BUSINESS (Check one)
[ ] Professional   [ ] Transportation   [ ] Commodity Broker
[X] Retail/Wholesale [ ] Manufacturing/  [ ] Construction
[ ] Railroad       [ ] Mining           [ ] Real Estate
                   [ ] Stockbroker      [ ] Other

B. BRIEFLY DESCRIBE NATURE OF BUSINESS
Retail Clothing Sale

### VENUE

[X] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

[ ] A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District.

### PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

### ALLEGATIONS
(Check applicable boxes)

1. [X] Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303(b).
2. [X] The debtor is a person against whom an order for relief may be entered under of the United States Code.
3.a. [X] The debtor is generally not paying such debtor's debts as they become due, u such debts are the subject of a bona fide dispute;
   or
b. [ ] Within 120 days preceding the filing of this petition, a custodian, other than receiver, or agent appointed or authorized to take charge of less than substant of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 02/05/2004
Time: 16:27:39
Debtor: EREHWON MOUNTAIN OUTFIT
Case: 04-04459    Fee : 209
Chapter: 7   Rec. # : 3060556
Judge: Jack Schmetterer
341 mtg:
Trustee:

1:04BK04459-BK001

Name of Debtor **Erehwon mtn outfitters**
Case No. _____
(court use only)

FORM 5 Involuntary Petition
(6/92)

### TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x _[signature]_
Signature of Petitioner or Representative (State title)
**K2 Corporation**
Name of Petitioner **Greg Hoyle**   Date Signed **2/2/04**
Name & Mailing **19215 Vashon Hwy S.W.**
Address of Individual **Vashon, WA 98070**
Signing in Representative
Capacity **Credit Manager**

x _[signature]_
Signature of Attorney   Date
**Benjamin, Berneman & Brom, LLC**
Name of Attorney Firm (if any)
**205 W. Randolph St., Ste 2110**
Address
**312-444-1996**
Telephone No.
**Chicago, IL 60606**

x _____
Signature of Petitioner or Representative (State title)

Name of Petitioner   Date Signed

Name & Mailing
Address of Individual
Signing in Representative
Capacity

x _____
Signature of Attorney   Date

Name of Attorney Firm (If any)

Address

Telephone No.

x _____
Signature of Petitioner or Representative (State title)

Name of Petitioner   Date Signed

Name & Mailing
Address of Individual
Signing in Representative
Capacity

x _____
Signature of Attorney   Date

Name of Attorney Firm (If any)

Address

Telephone No.

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| K2 Corporation, 19215 Vashon, WA 98070 | Goods and Services | $15,635.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims

1 of **3** continuation sheets attached

Jan 30 04 Case 04-04459   Doc 1   Filed 02/05/04   Entered 02/05/04 16:23:03   Desc
                    Robert Laymon
                    Involuntary petition   Page 3 of 4   5624934431            P.5
01/30/2004 FRI 2:26  FAX 5624934431 → → → ROBERT LAYMON

JAN-30-04  04:08PM   FROM-BENJAMIN BERNEMAN AND BROM LLC      3124449086      T-906   P.07/08   F-936

FORM 5 Involuntary Petition (6/92)

Name of Debtor: **Erehwon Mountain Outfitter, Inc.**
Case No. _____ (court use only)

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

| REQUEST FOR RELIEF |
|---|
| Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. |

| Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief. | |
|---|---|
| x _[signed]_ CONTROLLER<br>Signature of Petitioner or Representative (State title)<br>**Salomon North America, Inc.**      2/2/04<br>Name of Petitioner             Date Signed<br>Name & Mailing 5055 N. Greeley Ave.,<br>Address of Individual       Portland, OR 97217<br>Signing in Representative<br>Capacity | x _[signed]_<br>Signature of Attorney                    Date<br>**Benjamin, Berneman & Brom, LLC**<br>Name of Attorney Firm (If any)<br>205 W. Randolph St., Ste 2110<br>Address<br>312-444-1996<br>Telephone No.<br>Chicago, IL 60606 |
| x<br>Signature of Petitioner or Representative (State title)<br><br>Name of Petitioner             Date Signed<br>Name & Mailing<br>Address of Individual<br>Signing in Representative<br>Capacity | x<br>Signature of Attorney                    Date<br><br>Name of Attorney Firm (If any)<br><br>Address<br><br>Telephone No. |
| x<br>Signature of Petitioner or Representative (State title)<br><br>Name of Petitioner             Date Signed<br>Name & Mailing<br>Address of Individual<br>Signing in Representative<br>Capacity | x<br>Signature of Attorney                    Date<br><br>Name of Attorney Firm (If any)<br><br>Address<br><br>Telephone No. |

| PETITIONING CREDITORS | | |
|---|---|---|
| Name and Address of Petitioner<br>Salomon North America, Inc.<br>5055 N. Greeley Ave. Portland, OR 97217 | Nature of Claim<br>Goods and Services | Amount of Claim<br>$46,058.37 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

2 of 3 continuation sheets attached

FORM 5 Involuntary Petition (6/92)

Name of Debtor: **Erehwon Mountain Outfitter, Inc.**

Case No. _____ (court use only)

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X _[signature]_ Chief Financial Officer    X _[signature]_
Signature of Petitioner or Representative (State title)    Signature of Attorney    Date
Patagonia Inc, a subsidiary of Lost Arrow Corp.    Benjamin, Berneman & Brom, LLC
Name of Petitioner    Date Signed    Name of Attorney Firm (If any)
                                      205 W. Randolph St., Ste 2110
Name & Mailing  P.O. Box 150, Ventura, CA 93002    Address
Address of Individual                  312-444-1996
Signing in Representative              Telephone No.
Capacity                               Chicago, IL 60606

X _____             X _____
Signature of Petitioner or Representative (State title)    Signature of Attorney    Date

Name of Petitioner    Date Signed    Name of Attorney Firm (If any)

Name & Mailing    Address
Address of Individual
Signing in Representative    Telephone No.
Capacity

X _____             X _____
Signature of Petitioner or Representative (State title)    Signature of Attorney    Date

Name of Petitioner    Date Signed    Name of Attorney Firm (If any)

Name & Mailing    Address
Address of Individual
Signing in Representative    Telephone No.
Capacity

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Patagonia Inc, a subsidiary of Lost Arrow Corp. P.O. BOX 150, Ventura, CA 93002 | Goods & Services | $263,224.29 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

3 of 3 continuation sheets attached