## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | In Chapter 7 |
| | ) | No. 04 B 04459 |
| **EREWHON MOUNTAIN** | ) | Judge Jack B. Schmetterer |
| **OUTFITTERS, INC.,** | ) | |
| Debtor. | ) | |

### ORDER GRANTING FINAL FEE PETITION OF
### SPECIAL COUNSEL FOR THE TRUSTEE

THIS CAUSE COMING ON TO BE HEARD on motion of the law firm of BENJAMIN, BERNEMAN, AND BROM, LLC and QUERREY & HARROW, special counsel for the Trustee for an interim fee award, due notice having been given and the Court being otherwise duly advised in the premises:

IT IS HEREBY ORDERED that:

A.  Querrey & Harrow, Ltd. is allowed interim compensation in the amount of $14,767.50; and

B.  Querrey & Harrow, Ltd. is allowed reimbursement of expenses in the amount of $288.44.


Dated:                                                              ENTER:

                                                                    _____
                                                                    Bankruptcy Judge


QUERREY & HARROW, LTD.
175 West Jackson Boulevard, Suite 1600
Chicago, Illinois  60604
(312) 540-7000

Document #: 1081189