IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | In Chapter 7 |
| | ) | No. 04 B 04459 |
| **EREHWON MOUNTAIN OUTFITTER, INC.**, | ) ) | Judge Jack B Schmetterer |
| Debtor. | ) | |

## ORDER GRANTING FIRST AND FINAL FEE APPLICATION & REQUEST FOR REIMBURSEMENT OF EXPENSES OF COHEN & KROL, ATTORNEYS FOR THE TRUSTEE

THIS CAUSE COMING ON TO BE HEARD on motion of the law firm of COHEN & KROL, attorneys for the Trustee, for a first and final fee award, due notice having been given and the Court being advised in the premises:

IT IS HEREBY ORDERED that:

A.   Cohen & Krol is allowed compensation in the amount of $18,707.50; and

B.   Cohen & Krol is allowed reimbursement of expenses in the amount of $209.71.

Dated: _____          Enter: _____
                                         US Bankruptcy Judge

Order Prepared By:
COHEN & KROL
JOSEPH E. COHEN
GINA B. KROL
YAN TEYTELMAN
105 West Madison Street, Suite 1100
Chicago, Illinois 60602
Phone (312) 368-0300