**TASKS PERFORMED BY TRUSTEE**

      BARRY A. CHATZ was appointed Trustee on February 5, 2004. The Trustee determined the market value of the debtor's real estate and negotiated the sale of the estate's right, title and interest to the debtor. The proceeds from the sale has created an estate to pay the creditors in this estate 35.7100% on their claims.

      The Trustee was also responsible for the day to day administration of the bankruptcy case. The duties carried out by the Trustee were as follows:

1. Review of court file upon appointment of Trustee.
2. Establishment and monthly reconciliation of Trustee bank accounts.
3. Examination of the Debtor at first meeting creditors.
4. Review of claim docket and claims.
5. Conferences with accountant and review tax returns.
6. Preparation of Trustee's Final Report, Application for Trustee Compensation and related documents for closing of case.
7. Attendance at the Final Hearing.
8. Issuance of checks for final distribution and preparation of Trustee's Final Account.

**EXHIBIT A**