UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| Erehwon Mountain Outfitter, | ) | CASE NO.  04 B 044590 |
| | ) | |
| | ) | |
| DEBTOR(S). | ) | HON.  Jack B. Schmetterer. |

**NOTICE OF FILING OF U.S. TRUSTEE'S**
**CERTIFICATE OF REVIEW OF TRUSTEE'S FINAL REPORT**

**To:**   **Barry A. Chatz, Esq.**
**Arnstein & Lehr**
**120 South Riverside Plaza**
**Suite 120**
**Chicago, IL 60606**
**Registrant's e-mail: Bachatz@arnstein.com**

  **Please Take Notice** that on **December 10, 2008**, the United States Trustee for the Northern District of Illinois filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois the U.S. Trustee's Certificate of Review of the Trustee's Final Report, a copy of which is herewith served upon you.

  The United States Trustee has reviewed the Trustee's Final Report in accordance with the standards set forth in the Memorandum of Understanding dated April 1, 1999, and has no objection to the Trustee's Final Report.

                WILLIAM T. NEARY
                UNITED STATES TRUSTEE

DATED: December 10, 2008    BY: /s/ Dean C. Harvalis
                Dean C. Harvalis, Assistant U.S. Trustee
                OFFICE OF THE U.S. TRUSTEE
                219 South Dearborn Street, Room 873
                CHICAGO, ILLINOIS  60604
                (312) 886-5783

**CERTIFICATE OF SERVICE**

  I, Dean C. Harvalis, an attorney, state that pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System, service on the Trustee of the above Notice of Filing of U.S. Trustee's Certificate of Review of Trustee's Final Report was accomplished through the Court's Electronic Notice for Registrants on December 10, 2008.

                /s/ Dean C. Harvalis