UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re ) | | Chapter 7 |
| ) | | |
| EREHWON MOUNTAIN OUTFITTER, INC. ) | | Case No. 04-04459-SBJ |
| ) | | |
| Debtor(s). ) | | Hon. JACK B. SCHMETTERER |

**Notice of Trustee's Final Report, Hearing on Applications
for Compensation, and Hearing on the Abandonment
of Property by the Trustee**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:    U.S. Bankruptcy Court, 219 S. Dearborn, Courtroom 682, Chicago, IL 60604

    On: **January 29, 2009**           Time: **10:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    | | |
    |---|---|
    | Receipts | $1,086,199.97 |
    | Disbursements | $204,266.04 |
    | Net Cash Available for Distribution | $881,933.93 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| BARRY A. CHATZ<br>*Trustee Compensation* | $0.00 | $55,896.00 | $0.00 |
| BENJAMIN, BERNEMAN & BROM, LLC<br>*Attorney for Trustee* | $58,681.09 | $0.00 | $0.00 |
| COHEN & KROL<br>*Attorney for Trustee* | $18,917.21 | $0.00 | $0.00 |
| QUERREY & HARROW, LTD. | $125,285.63 | $0.00 | $0.00 |

*Attorney for Trustee*

<u>POPOWCER KATTEN, LTD.</u>                               $0.00              $7,570.50              $0.00
*Accountant for Trustee*

5.   Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|

6.   In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $46.47 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 100.0000% .

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 35 | Glenna L Wilcox | $46.47 | $46.47 |

7.   Claims of general unsecured creditors totaling $2,291,908.66 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 35.7100% .

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 2 | Sara Lee Underwear | $11,026.50 | $4,190.99 |
| 3 | The North Face, Inc. | $25,047.98 | $9,520.33 |
| 5 | Salomon North America Inc | $46,058.37 | $17,506.04 |
| 6 | K2 Corporation | $15,635.08 | $5,942.64 |
| 7 | Johnson Outdoors Inc. | $2,206.69 | $838.73 |
| 8 | Manzella | $17,174.18 | $6,527.63 |
| 9 | Patagonia | $76,792.27 | $29,187.50 |
| 10 | Kombi | $40,484.14 | $15,387.37 |
| 11 | Cerf Bros. Bag Company | $4,258.00 | $1,618.40 |
| 12 | Sterling Rope Co. | $678.10 | $257.73 |
| 13 | Smartwool | $14,404.46 | $5,474.90 |
| 14 | Brunton Usa | $409.15 | $155.51 |
| 16 | Petzl America | $8,255.24 | $3,137.68 |
| 17 | Arc"Teryx Equipment | $3,880.53 | $1,474.93 |
| 18 | Couloir Usa | $253,722.89 | $96,435.98 |
| 19 | Gransfors Bruks | $157.92 | $60.02 |
| 22 | Grandoe Corp. | $11,380.51 | $4,325.55 |
| 23 | Jade Industries | $2,395.20 | $910.38 |
| 25 | Hotronic | $100.04 | $38.02 |
| 27 | Oakley | $16,941.31 | $6,439.12 |
| 29 | Prospect Industrial Center | $69,390.00 | $26,374.02 |
| 30 | Fast Wax | $1,024.50 | $389.40 |

| | | | |
|---|---|---:|---:|
| 31 | Sportif | $8,496.64 | $3,229.44 |
| 32 | Trg Assessories | $3,630.52 | $1,379.90 |
| 33 | Smith Sport Optics Inc | $11,918.75 | $4,530.12 |
| 34 | Rmain Llc, Gmain Llc, Orc Llc | $38,744.70 | $14,726.24 |
| 36 | Inland Commercial Property Management | $27,383.98 | $10,408.21 |
| 38 | Yakima/ Watermark | $18,229.70 | $6,928.81 |
| 39 | Reach Chicago | $5,564.16 | $2,114.85 |
| 40 | Rudolf Mayer | $493,619.17 | $187,616.68 |
| 41 | Rudolf Mayer | $100,000.00 | $38,008.39 |
| 42 | Ddra Kildeer Llc | $438,097.36 | $166,513.74 |
| 43 | Wham-O | $3,318.00 | $0.00 |
| 44 | Standard Elevator Company | $3,974.22 | $0.00 |
| 45 | Wigwam Mills | $13,792.76 | $0.00 |
| 46 | Crm Properties Group Ltd | $386,156.13 | $146,771.71 |
| 47 | Wham-O Inc | $4,890.00 | $0.00 |
| 48 | Wham-O | $3,318.00 | $0.00 |
| 49 | Manzella | $21,239.37 | $0.00 |
| 50 | Yaktrax Inc | $1,926.00 | $0.00 |
| 52 | Nike | $36,186.14 | $0.00 |
| 53 | The North Face, Inc. | $50,000.00 | $0.00 |
| 54 | New York State Workers' Compensation | $0.00 | $0.00 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of Kenneth S. Gardner, Clerk of the Court, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor(s) have not been discharged.

11. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---:|
| CASH ON HAND | $0.00 |
| SECURITY DEPOSITS | $13,000.00 |
| SECURITY DEPOSITS | $6,000.00 |
| AUTOMOBILES | $6,585.00 |
| FIXTURES AND LEASEHOLD IMPROVEMENTS | $315,780.99 |
| INVENTORY | $2,482,568.34 |

Dated: **December 19, 2008**　　　　　　　　　　For the Court,

　　　　　　　　　　　　　　　　　　　　By:　**KENNETH S. GARDNER**
　　　　　　　　　　　　　　　　　　　　　　　KENNETH S. GARDNER
　　　　　　　　　　　　　　　　　　　　　　　CLERK OF THE COURT

Trustee:　　　Barry A. Chatz
Address:　　　120 S. Riverside Plaza
　　　　　　　Suite 1200
　　　　　　　Chicago, IL  60606-0000
Phone No.:　　(312) 876-7100