UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re ) | | Chapter 7 |
| ) | | |
| EREHWON MOUNTAIN OUTFITTER, INC. ) | | Case No. 04-04459-SBJ |
| ) | | |
| Debtor(s). ) | | Hon. JACK B. SCHMETTERER |

**Notice of Trustee's Final Report, Hearing on Applications
for Compensation, and Hearing on the Abandonment
of Property by the Trustee**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At: U.S. Bankruptcy Court, 219 S. Dearborn, Courtroom 682, Chicago, IL 60604

    On: **January 29, 2009**          Time: **10:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    | | |
    |---|---|
    | Receipts | $1,086,199.97 |
    | Disbursements | $204,266.04 |
    | Net Cash Available for Distribution | $881,933.93 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| BARRY A. CHATZ<br>*Trustee Compensation* | $0.00 | $55,896.00 | $0.00 |
| BENJAMIN, BERNEMAN & BROM, LLC<br>*Attorney for Trustee* | $58,681.09 | $0.00 | $0.00 |
| COHEN & KROL<br>*Attorney for Trustee* | $18,917.21 | $0.00 | $0.00 |
| QUERREY & HARROW, LTD. | $125,285.63 | $0.00 | $0.00 |

*Attorney for Trustee*

<u>POPOWCER KATTEN, LTD.</u>                               $0.00           $7,570.50                $0.00
*Accountant for Trustee*

5.   Applications for Chapter 11 fees and administrative expenses have been filed as follows:

|  | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| <u>Applicant</u> | | | |

6.   In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $<u>46.47</u> must be paid in full for there to be any dividend to general unsecured creditors.  The priority dividend is anticipated to be 100.0000% .

Allowed priority claims are:

| <u>Claim Number</u> | <u>Claimant</u> | Allowed <u>Amount of Claim</u> | <u>Proposed Payment</u> |
|---|---|---|---|
| 35 | Glenna L Wilcox | $46.47 | $46.47 |

7.   Claims of general unsecured creditors totaling $2,291,908.66 have been allowed and will be paid *pro rata*  only after all allowed administrative and priority claims have been paid in full.  The general unsecured dividend is anticipated to be 35.7100% .

Allowed general unsecured claims are as follows:

| <u>Claim Number</u> | <u>Claimant</u> | <u>Amount of Claim</u> | <u>Proposed Payment</u> |
|---|---|---|---|
| 2 | Sara Lee Underwear | $11,026.50 | $4,190.99 |
| 3 | The North Face, Inc. | $25,047.98 | $9,520.33 |
| 5 | Salomon North America Inc | $46,058.37 | $17,506.04 |
| 6 | K2 Corporation | $15,635.08 | $5,942.64 |
| 7 | Johnson Outdoors Inc. | $2,206.69 | $838.73 |
| 8 | Manzella | $17,174.18 | $6,527.63 |
| 9 | Patagonia | $76,792.27 | $29,187.50 |
| 10 | Kombi | $40,484.14 | $15,387.37 |
| 11 | Cerf Bros. Bag Company | $4,258.00 | $1,618.40 |
| 12 | Sterling Rope Co. | $678.10 | $257.73 |
| 13 | Smartwool | $14,404.46 | $5,474.90 |
| 14 | Brunton Usa | $409.15 | $155.51 |
| 16 | Petzl America | $8,255.24 | $3,137.68 |
| 17 | Arc"Teryx Equipment | $3,880.53 | $1,474.93 |
| 18 | Couloir Usa | $253,722.89 | $96,435.98 |
| 19 | Gransfors Bruks | $157.92 | $60.02 |
| 22 | Grandoe Corp. | $11,380.51 | $4,325.55 |
| 23 | Jade Industries | $2,395.20 | $910.38 |
| 25 | Hotronic | $100.04 | $38.02 |
| 27 | Oakley | $16,941.31 | $6,439.12 |
| 29 | Prospect Industrial Center | $69,390.00 | $26,374.02 |
| 30 | Fast Wax | $1,024.50 | $389.40 |

| | | | |
|---|---|---|---|
| 31 | Sportif | $8,496.64 | $3,229.44 |
| 32 | Trg Assessories | $3,630.52 | $1,379.90 |
| 33 | Smith Sport Optics Inc | $11,918.75 | $4,530.12 |
| 34 | Rmain Llc, Gmain Llc, Orc Llc | $38,744.70 | $14,726.24 |
| 36 | Inland Commercial Property Management | $27,383.98 | $10,408.21 |
| 38 | Yakima/ Watermark | $18,229.70 | $6,928.81 |
| 39 | Reach Chicago | $5,564.16 | $2,114.85 |
| 40 | Rudolf Mayer | $493,619.17 | $187,616.68 |
| 41 | Rudolf Mayer | $100,000.00 | $38,008.39 |
| 42 | Ddra Kildeer Llc | $438,097.36 | $166,513.74 |
| 43 | Wham-O | $3,318.00 | $0.00 |
| 44 | Standard Elevator Company | $3,974.22 | $0.00 |
| 45 | Wigwam Mills | $13,792.76 | $0.00 |
| 46 | Crm Properties Group Ltd | $386,156.13 | $146,771.71 |
| 47 | Wham-O Inc | $4,890.00 | $0.00 |
| 48 | Wham-O | $3,318.00 | $0.00 |
| 49 | Manzella | $21,239.37 | $0.00 |
| 50 | Yaktrax Inc | $1,926.00 | $0.00 |
| 52 | Nike | $36,186.14 | $0.00 |
| 53 | The North Face, Inc. | $50,000.00 | $0.00 |
| 54 | New York State Workers' Compensation | $0.00 | $0.00 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of Kenneth S. Gardner, Clerk of the Court, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor(s) have not been discharged.

11. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| CASH ON HAND | $0.00 |
| SECURITY DEPOSITS | $13,000.00 |
| SECURITY DEPOSITS | $6,000.00 |
| AUTOMOBILES | $6,585.00 |
| FIXTURES AND LEASEHOLD IMPROVEMENTS | $315,780.99 |
| INVENTORY | $2,482,568.34 |

Dated: **December 19, 2008**  For the Court,

By: **KENNETH S. GARDNER**
KENNETH S. GARDNER
CLERK OF THE COURT

Trustee: Barry A. Chatz
Address: 120 S. Riverside Plaza
Suite 1200
Chicago, IL 60606-0000
Phone No.: (312) 876-7100

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: amcc7                  Page 1 of 3                   Date Rcvd: Dec 19, 2008
Case: 04-04459                Form ID: pdf002              Total Served: 130

The following entities were served by first class mail on Dec 21, 2008.
db         +Erehwon Mountain Outfitter Inc,   C/O Rudolf Mayer Reg Agent,   65 E Palatine Rd Suite 311,
             Prospect Heights, IL 60070-1845
aty        +Beverly A Berneman,   Querrey & Harrow, Ltd.,   175 West Jackson Boulevard,   Suite 1600,
             Chicago, IL 60604-2686
aty        +Eric S. Prezant,   Bryan Cave, LLP,   161 North Clark Street,   Suite 4300,
             Chicago, IL 60601-3430
aty        +Gina B Krol, ESQ,   Cohen & Krol,   105 West Madison Street #1100,   Chicago, IL 60602-4600
aty        +John M Brom,   Querrey & Harrow, Ltd.,   175 West Jackson Boulevard,   Suite 1600,
             Chicago, IL 60604-2686
aty        +Joseph E Cohen, Atty,   Cohen & Krol,   105 West Madison Suite 1100,   Chicago, IL 60602-4600
aty        +Linda M Kujaca,   P.O. Box 254,   Wood Dale, IL 60191-0254
aty        +Robert R Benjamin,   Querrey & Harrow, Ltd.,   175 West Jackson Boulevard,   Suite 1600,
             Chicago, IL 60604-2686
tr         +Barry A Chatz,   Arnstein & Lehr,   120 South Riverside Plaza Ste 1200,   Chicago, IL 60606-3910
8245860    +Acorn Products,   Intercontinental Financial Services,   6615 E Pacific Coast Hwy Suite 100,
             Long Beach, CA 90803-4215
8184179    +Acorn Products,   2 Cedar Street,   PO Box 1190,   Lewiston, ME 04243-1190
8184180     Adidas,   PO Box 100384,   Atlanta, GA 30384-0384
8184181    +Alecta Pensionsforsakring,   c/o Mid-America Asset Management,   2 Mid-America Plaza, 3rd Floor,
             Oak Brook Terrace, IL 60181-4451
8184182     Arc'Teryx Equipment,   2770 Benta Street,   V5M4H4,   Vancouver, BC
8184183    +Arcadia Investments,   442 Greenley Road,   New Canaan, CT 06840-3521
8184184    +Asolo Kenko International,   c/o Intercontinental Financial,   3325 Wilshire Blvd., 9th Floor,
             Los Angeles, CA 90010-1703
8184185     Bell Sports,   280 Encinal Street,   Santa Cruz, CA 95060
8184186     Bison Designs,   PO Box 1116,   Englewood, CO 80150-1116
8184187     Brigata/Field & Stream,   PO Box 848281,   Dallas, TX 75284-8281
8184188    +Brunton USA,   620 E. Monroe,   Riverton, WY 82501-4997
8728746    +CRM Properties Group Ltd,   Law Offices of Joel A Schechter,   53 W Jackson Blvd,   Suite 1025,
             Chicago, IL 60604-3650
8184189    +Cerf Bros. Bag Company,   4240 Rider Trail North,   Earth City, MO 63045-1105
8184190    +Cherry Tree,   PO Box 4129,   White River Junction, VT 05001-4129
8184191    +Cole Taylor Bank, as Trustee,   c/o CRM Properties Group,   740 Waukegan Road, Ste. 400,
             Deerfield, IL 60015-5503
8184192    +Columbia River Knife,   9720 SW Hillman Ct., Ste. 805,   Wilsonville, OR 97070-7712
8184193    +Columbia Sportswear,   14375 NW Science Park Drive,   Portland, OR 97229-5418
8184194    +Confluence,   PO Box 75424,   Charlotte, NC 28275-0424
8184196     Couloir USA,   270 W. 7th Ave.,   V5Y1M1,   Vancover, BC
8184197    +Court Square Leasing Corporation,   430 W. Main Street,   Collegeville, PA 19426-1945
8184199    +DDR Kildeer LLC,   c/o Mannix & McGrath,   125 S. Wacker Drive, Suite 1700,
             Chicago, IL 60606-4478
7881443    +DDRA Kildeer LLC,   c/o Gini S Marziani Davis,   Mannix & McGrath,
             125 S Wacker Drive Suite 1700,   Chicago, IL 60606-4478
8529724    +DDRA Kildeer LLC,   c/o Eric C Cotton Asst General Counsel,   Developers Diversified Realty,
             3300 Enterprise Parkway PO Box 228042,   Beachwood, OH 44122-8042
8184198    +Dalbello Sports,   519 Main St.,   PO Box 59,   Andover, NH 03216-0059
8184200    +Delorme Mapping Co.,   2 Delorme Dr,   PO Box 298,   Yarmouth, ME 04096-0298
8184201    +Duofold,   143 Mahanoy Avenue,   Tamaqua, PA 18252-4008
8184202     Eagle Creek,   PO Box 51742,   Los Angeles, CA 90051-6042
8184203    +Equinox LTD,   1307 Park Avenue,   Williamsport, PA 17701-4488
8184204    +Fast Wax,   PO Box 282,   Afton, MN 55001-0282
8184205    +Ferry Family LLCI,   246 Edgewater Drive,   Gilford, NH 03249-6300
8184206    +Fred A. Allardyce,   Rockefeller Center,   125 Avenue of Americas, Ste. 900,
             New York, NY 10013-1505
8184207     G3,   200 Donaghy Avenue,   North Vancouver, BC V7P 2L5
8184208    +Gaiam,   360 Interlocken Blvd., Ste. 300,   Broomfield, CO 80021-3492
8184209    +Garmont NA,   170 Boyer Circle,   Suite 20,   Williston, VT 05495-9561
8184210    +Genfoot/Kamik,   PO Box 1785,   Brattleboro, VT 05302-1785
8184211     Giro Sports Design,   PO Box 74743,   Chicago, IL 60694-4743
8508679    +Glenna L Wilcox,   1035 Chestnut Ave,   Wilmette, IL 60091-1731
8184212    +Gordini USA,   PO Box 8440,   Essex, VT 05451-8440
8184213     Gramicci,   PO Box 1036,   Charlotte, NC 28201-1036
8184214    +Grandoe Corp.,   11 Grandoe Lane,   Gloversville, NY 12078-1400
8184215    +Gransfors Bruks,   PO Box 818,   Summerville, SC 29484-0818
8184216    +Horny Toad Active Wear,   28 E. Victoria Street,   Santa Barbara, CA 93101-2606
8184217     Hotronic,   105 N. Brownell Road,   Williston, VT 05495
8184218    +Indigenous Designs,   975 Corporate Ctr. Parkway,   Suite 110,   Santa Rosa, CA 95407-5465
8184219    +Inland Commercial Property Manageme,   2901 Butterfield Road,   Oak Brook, IL 60523-1190
8184220    +Jade Industries,   101 W. Washington St.,   Conshohocken, PA 19428-2052
8184221    +James Painter,   44 Gramatan Road,   Pleasantville, NY 10570-2310
8184222     Jansport,   PO Box 751481,   Charlotte, NC 28275-1481
8184223    +Johnson Outdoors Inc.,   555 Main Street,   Racine, WI 53403-1000
8184224    +K2 Corporation,   19215 Vashon, Hwy SW,   Vashon, WA 98070-5232
7747357    +K2 Corporation,   Intercontinental Financial Services,   6615 E Pacific Coast Hwy,   Suite 100,
             Long Beach, CA 90803-4215
8184225     Kavu,   PO Box 360286,   Pittsburgh, PA 15250-6286
8184226    +Kelty Pack,   PO Box 93616,   Chicago, IL 60673-0001
8184227    +Kershaw/Kai U.S.A LTD,   18600 SW Teton Avenue,   Tualatin, OR 97062-8841
8184228    +Kombi,   6 Thompson,   Essex, VT 05452-3405
8184229     Krause Publications,   700 E. State Street,   Iola, WI 54990-0001
8184230    +Kryptonite/Uvex Sports,   31 Western Industrial Dr.,   Cranston, RI 02921-3402
8184231    +Line Skis,   208 Flynn Ave, Studio 3H,   Burlington, VT 05401-5429
8184232    +Lowa Boots LLC,   86 Viaduct Rd,   Stamford, CT 06907-2707
```

```
District/off: 0752-1           User: amcc7                  Page 2 of 3                   Date Rcvd: Dec 19, 2008
Case: 04-04459                 Form ID: pdf002              Total Served: 130

8184233        Mall Graphics,    5731 W. Howard Street,    Niles, IL 60714-4012
8184234       +Manzella,   80 Sonnwill Drive,    Buffalo, NY 14225-2425
8184235       +Marmot Mountain Works,    2321 Circadian Way,    Santa Rosa, CA 95407-5443
8184236       +Metolius,   63189 Nels Andersons Road,    Bend, OR 97701-5739
8184237       +Mountain Hardware,    4911 Central Avenue,    Richmond, CA 94804-5803
8184238       +Mountain Shades,    2480 Gray Street,    Denver, CO 80214-1141
8184239       +Mystery Ranch,    5852 Sypes Canyon Road,    Bozeman, MT 59715-9379
8184240       +Nestle USA,   PO Box 70172,    Chicago, IL 60673-0001
12574688      +New York State Workers’ Compensation,    Board Judgment Unit,    20 Park Street,
                Albany, NY 12207-1604
8184241       +Nike,   One Bowerman Dr,    PO Box 4875,    Beaverton, OR 97076-4875
8184242       +Oakley,   One Icon Drive,    Attn Rachel Beardslee,    Accounts Receivables,
                Foothill Ranch, CA 92610-3000
8184243       +Ojai International,    PO Box 2852,    Ventura, CA 93002-2852
8184244       +One Source Mag. Distrib.,    401 E. 124th Ave.,    Denver, CO 80241-2402
8184245       +Orland Park LLC,    c/o HSA Commercial Real Estate,    180 N. Wacker Drive, Ste. 500,
                Chicago, IL 60606-1604
8184246       +Outside Magazine,    23 Pond Lane,    Middlebury, VT 05753-1189
8291875       +Patagonia,    Intercontinental Financial Services,    6615 E Pacific Coast Hwy Ste 100,
                Long Beach CA 90803-4215
8184247       +Patagonia,    259 W. Santa Clara Street,    Ventura, CA 93001-2545
7747359       +Patagonia Inc a subsidiary of Lost Arrow Corp,    PO Box 150,    Venture, CA 93002-0150
8184248        Pearl Izumi,    Dept 272,    Denver, CO 80271-0272
8184249       +Petzl America,    Bldg M-7,    PO Box 160447,    Clearfield, UT 84016-0447
8184250       +Prospect Industrial Center,    c/o SIDCOR Real Estate,    950 N. Western Avenue, Ste. 2,
                Lake Forest, IL 60045-1741
8184251       +Publishers Group West,    1700 Fourth Street,    Berkeley, CA 94710-1711
8184255       +RMain LLC, GMain LLC, ORC LLC RRW Oakbridge LLC,    c/o Raven Management, Inc.,
                7818 Big Sky Drive, Ste. 201,    Madison, WI 53719-2841
8184252        Reach Chicago,    3101 Route 30,    Plainfield, IL 60544
8184253       +Red Wing Shoe Co,    314 Main Street,    Red Wing, MN 55066-2337
8184254       +Remcon,    1455 Brummel Avenue,    Elk Grove Village, IL 60007-2110
8184256        Rome Industries,    1703 W. Detweiller Dr.,    Peoria, IL 61615-1688
8184257       +Rudolf Mayer,    707 Newcastle Lane,    Prospect Heights, IL 60070-1672
8184258        Salomon,    PO Box 402290,    Atlanta, GA 30384-2290
8184259       +Salomon North America,    5055 N. Greely Avenue,    Portland, OR 97217-3524
7747358       +Salomon North America Inc,    5055 N Greeley Ave,    Portland, OR 97217-3524
8247138       +Salomon North America Inc,    Intercontinental Financial Services,    6615 E Pacific Coast Hwy,
                Suite 100,    Long Beach, CA 90803-4215
7955032       +Sara Lee Underwear,    475 Corporate Square Drive,    Winston-Salem, NC 27105-9100
8184261       +Sevylor USA,    6651 E. 26th St.,    Los Angeles, CA 90040-3215
8184262       +Sierra Designs,    PO Box 93616,    Chicago, IL 60673-0001
8184263       +Skis Dynastar,    Box 25 Hercules Drive,    Colchester, VT 05446-0025
8184264       +Smartwool,    PO Box 13680,    Denver, CO 80201-3680
8184265       +Smith Sport Optics Inc,    PO Box 2999,    Ketchum, ID 83340-2999,    Attn Kathy Boylston
8184266       +Sportif,    1415 Greg St, #101,    Sparks, NV 89431-5939
8537519       +Standard Elevator Company,    3260 W Grand Ave,    Chicago, IL 60651-4177
8184267        Sterling Rope Co.,    31 Washington Ave.,    Scarborough, ME 04074-9782
8184268       +Sugoi,   PO Box 2482,    Blaine, WA 98231-2482
8184269       +Superfeet,    1419 Whitehorn St,    Ferndale, WA 98248-8923
8184270       +Suunto USA,    Lockbox Number 100524,    Pasadena, CA 91189-0001
8184275       +TRG Assessories,    2047 Westport Center Dr,    St Louis, MO 63146-3564
8184271        Tecnica,   PO Box 4672,    Boston, MA 02212-4672
8184272       +Teva Sport Sandals,    P.O.Box 968,    Flagstaff, AZ 86002-0968
8184273       +The 8th Summit LLC,    c/o Patrick D Cavanaugh,    High Ridge Partners,
                140 South Dearborn Ste 820,    Chicago, Il 60603-5202
8184274       +The North Face, Inc.,    Lisa Long,    PO Box 1817,    Appleton, WI 54912-1817
8184276       +Ultimate Direction,    PO Box 93616,    Chicago, IL 60673-0001
8184277       +Village of Orland Park,    14700 S. Ravinia Ave.,    Orland Park, IL 60462-3134
8184278       +Voile Equipment,    2636 Constitution Blvd.,    Salt Lake City, UT 84119-1936
8184280       +Webster Business Credit Corporation,    45 Braintree Hill Office Park,    Suite 303,
                Braintree, MA 02184-8731
8184281       +Western Mountain Sports,    1025 S. 5th Street,    San Jose, CA 95112-3927
8184282       +Wham-O,    PO Box 8500-52713,    Philadelphia, PA 19178-0001
8809183       +Wham-O Inc,    5903 Christie Ave,    Emeryville, CA 94608-1925
8184283        Wigwam Mills,    3402 Crocker Ave.,    PO Box 818,    Sheboygan, WI 53082-0818
7842089       +Wolverine World Wide Inc,    HC-1-24,    9345 Courtland Dr,    Rockford, MI 49351-0004
9066968       +Yaktrax Inc,    Larry Paulson,    4110 Kitsap Way,    Suite 200,    Bremerton, WA 98312-2401
8184286       +Youngone Corporation and Montrail, Inc,    c/o Dennis A Dressler, Esq.,    Askounis & Borst, P.C.,
                Two Prudential Plaza,    180 N Stetson Ave., Ste 3400,    Chicago IL 60601-6740

The following entities were served by electronic transmission on Dec 20, 2008.
8184279       +Fax: 971-249-7740 Dec 20 2008 01:27:06      Watermark,    1385 8th Street,    Arcata, CA 95521-5772
8184285        Fax: 971-249-7740 Dec 20 2008 01:27:06      Yakima,   PO Box 4899,    Arcata, CA 95518-4899
                                                                                              TOTAL: 2

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty            Benjamin, Berneman and Brom LLC
8184195        Cost Deposit and Gift Card
8479882        Prospect Industrial Center,    Susan J Notarius,    Kluever & Platt LLC,
                 65 East Wacker Place Suite 1700
```

```
District/off: 0752-1        User: amcc7              Page 3 of 3             Date Rcvd: Dec 19, 2008
Case: 04-04459              Form ID: pdf002          Total Served: 130

8184260*      +Sara Lee Underwear,   475 Corporate Square Drive,   Winston Salem, NC 27105-9100
8184284*      +Wolverine World Wide,  HC-1-24,   9345 Courtland Drive,   Rockford, MI 49351-0004
                                                                                 TOTALS: 3, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 21, 2008**                    **Signature:**    *Joseph Speetjens*